### MURDOCK *v.* TOWNSEND.

PRACTICE *in supreme court.* A defendant failed to join in error as required by rule of court, and the judgment was for that reason reversed.

*Error to District Court, Arapahoe County.*

The chief justice did not participate in the decision.

GORSLINE, J. A rule having been entered in this cause requiring the defendant in error to join in error, and the said defendant having failed to conform to the requirements of said rule, the judgment in this cause must be reversed and cause remanded.

*Reversed.*